# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 20-cv-00085 |
| ECD-GREAT STREET DE, LLC, | ) ) Hon. Charles R. Norgle, Sr. ) Magistrate Judge Young B. Kim |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant ECD-GREAT STREET DE, LLC, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with no award for fees or costs to be ordered by the Court.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *Jin To* |
| R. Joseph Kramer | Jin To |
| KRAMER INJURY LAW LLC | LITTLER MENDELSON, P.C. |
| 225 W. Washington Street, Ste. 2200 | 321 North Clark Street, Suite 1100 |
| Chicago, IL 60606 | Chicago, IL 60654 |
| Phone: (312) 775-1012 | Phone: (312) 372-5520 |
| joe@rjklawyer.com | jto@littler.com |
| | |
| *Attorney for Plaintiff Muhammad* | *Attorney for ECD-Great Street DE, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on November 5, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer